UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE DEON CARROLL,<br><br>           Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>           Respondent.<br>_____ | ) Case No. CV 15-1005 SVW(JC)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

     In accordance with the Order Dismissing Action without Prejudice, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 13, 2015

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE